NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3085

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-13-0494-W-1.

---

**ON MOTION**

---

**O R D E R**

Jimmi Tyler Rebish moves without opposition for a 14-day extension of time to allow Susan Buxton to transition as the attorney of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Rebish's initial brief, any motion to proceed in forma pauperis (or

2                          REBISH v. INTERIOR

payment of the docketing fee), and his Rule 15(c) statement concerning discrimination are due within 30 days of the date of filing of this order.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s21